# Court of Appeals
# of the State of Georgia

ATLANTA,____June 19, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15D0434. BENJAMIN ABRAHAM et al. v. NATIONSTAR MORTGAGE, LLC.**

Applicants have filed a "Motion to Receive Out-of-Time Discretionary Appeal Application," asking this Court to accept their late-filed discretionary application. Because the Court deems the application to have been timely filed on May 29, 2015, applicants' motion is DISMISSED as MOOT.

Upon review of the merits of the application, however, it is hereby DENIED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*____06/19/2015____
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*